

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: KENNETH MICHAEL HULLABY, | § | No. 08-22-00081-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | § | IN MANDAMUS |
| | § | |

**O R D E R**

Relator has filed a motion for a temporary stay of proceedings in the trial court. We grant the motion. All proceedings in the trial court are stayed pending resolution of this mandamus action or further order of this Court.

Furthermore, the Court requests a response on the merits from the Real Parties in Interest on or before May 19, 2022.

IT IS SO ORDERED this 4th day of May, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.